JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAM STEVEN NGUYEN,<br>        Petitioner,<br>  v.<br>TOM FELKER, Warden,<br>        Respondent. | No. CV 06-05383-MMM (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 30, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE